IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **MANFRED POLK** | ) |
| | ) |
| v. | )  NO. 3:05-0335 |
| | )  JUDGE ECHOLS |
| **GENERAL MOTORS CORPORATION,** | ) |
| **ET AL.** | ) |

### O R D E R

Presently pending before the Court is the Magistrate Judge's Report and Recommendation ("R&R") entered September 14, 2005 (Docket Entry No. 21), to which no objection has been filed. In the R&R the Magistrate Judge recommends that the Motion to Dismiss (Docket Entry No. 4) filed by Defendant Crown Automotive Group ("Crown") and the Motion to Dismiss (Docket Entry NO. 11) filed by Defendant Ford Motor Company ("Ford") be granted and Plaintiff's claims against these Defendants be dismissed.

After independently reviewing the Magistrate Judge's findings and the entire record, the Court finds the Magistrate Judge's findings and conclusions are correct and they are APPROVED AND ADOPTED.

Accordingly, the Motions to Dismiss (Docket Entry Nos. 4 and 11) are hereby GRANTED and Plaintiff's claims against Defendants Crown and Ford are hereby DISMISSED.

This case is hereby returned to the Magistrate Judge under the original Order of Reference (Docket Entry No. 10).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE